UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: DERYL RODELL PROVO
7436 MILLRIDGE COURT
MONTGOMERY, AL 36111

CASE NO: 15-31213-DHW

Soc. Sec. No. XXX-XX-9575
Debtor.

## INCOME WITHHOLDING ORDER

TO: STERIS CORPORATION
ATTN PAYROLL
5960 HEISLEY RD
MENTOR, OH 44060

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that STERIS CORPORATION withhold from the wages, earnings, or other income of this debtor the sum of **$100.00 BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE
15-31213-DHW DERYL RODELL PROVO
P O BOX 613108
MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Friday, May 22, 2015 .

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge